\*\*efiled 1/25/06\*

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MEDLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0529 JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING AND EXCLUDE TIME;** |
| | ) | **ORDER** |
| MITCHELL MEDLAND, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, January 25, 2006, be continued to Wednesday, February 22, 2006, at 9:00 a.m.

The parties have jointly requested a continuance of the hearing to allow time for defense investigation, including obtaining Mr. Medland's military records and conducting witness interviews. The parties agree that time should be excluded under the Speedy Trial Act because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: January 24, 2006                         _____/s/_____
                                                LARA S. VINNARD
                                                Assistant Federal Public Defender

Dated: January 24, 2006                         _____/s/_____
                                                SUSAN KNIGHT
                                                Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0529 JF |
| Plaintiff, | ) | **ORDER CONTINUING HEARING AND EXCLUDING TIME** |
| v. | ) | |
| MITCHELL MEDLAND, | ) | |
| Defendant. | ) | |

    The parties have jointly requested a continuance of the hearing set for January 25, 2006, to allow time for completion of defense investigation. The defense is awaiting receipt of the defendant's military records and is in the process of conducting witness interviews.

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for January 25, 2006, be continued to February 22, 2006, at 9:00 a.m.

    Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from January 25, 2006, to February 22, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 1/24/06

s/electronic signature authorized
_____
JEREMY FOGEL
United States District Judge

1  Distribute to:

2

3  Lara Vinnard
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5
   Susan Knight
6  Assistant United States Attorney
   150 Almaden, Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER CONTINUING HEARING
No. CR 05-0529 JF                    3