BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MEDLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MITCHELL MEDLAND, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 05-0529 JF <br><br> **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, May 10, 2006, be continued to Wednesday, May 31, 2006, at 9:00 a.m.

The parties have jointly requested a continuance of the hearing to allow time for defense investigation, including conducting witness interviews resolving issues related to a possible plea agreement in this case.  The parties agree that time should be excluded under the Speedy Trial Act because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: _____
                                                    LARA S. VINNARD
                                                    Assistant Federal Public Defender

Dated: _____
                                                    SUSAN KNIGHT
                                                    Assistant United States Attorney

\*\*E-filed 5/11/06\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0529 JF |
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME |
| v. | ) | |
| MITCHELL MEDLAND, | ) | |
| Defendant. | ) | |

The parties have jointly requested a continuance of the hearing set for January 25, 2006, to allow time for completion of defense investigation with respect to issues underlying a possible plea agreement.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for May 10, 2006, be continued to May 31, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from May 10, 2006, to May 31, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   5/11/06

JEREMY FOGEL
United States District Judge