**E-filed 5/31/06**

1   BARRY J. PORTMAN
    Federal Public Defender
2   LARA S. VINNARD
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant MEDLAND

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11

12  UNITED STATES OF AMERICA,          )    No. CR 05-0529 JF
                                       )
13                  Plaintiff,         )    **STIPULATION TO CONTINUE
    v.                                 )    HEARING AND EXCLUDE TIME;**
14                                     )    **[PROPOSED] ORDER**
    MITCHELL MEDLAND,                  )
15                                     )
                    Defendant.         )
16  _____   )

17          Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19  Wednesday, May 31, 2006, be continued to Wednesday, June 28, 2006, at 9:00 a.m.

20          The parties have jointly requested a continuance of the hearing to allow time for both

21  parties to investigate a new development that may have an impact on Mr. Medland's case.

22  Additionally, the government's case agent is out of town for one week.

23          The parties agree that time should be excluded under the Speedy Trial Act from

24  Wednesday, May 31, 2006, to Wednesday, June 28, 2006 because the ends of justice outweigh

25  the defendant's and the public's need for a speedy trial.

26

1  Dated: 5/30/06                                    _____/s/_____
                                                     LARA S. VINNARD
2                                                    Assistant Federal Public Defender

3  Dated: 5/30/06                                    _____/s/_____
                                                     SUSAN KNIGHT
4                                                    Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**E-filed 5/31/06**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0529 JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING |
| | ) | HEARING AND EXCLUDING TIME |
| v. | ) | |
| | ) | |
| MITCHELL MEDLAND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

16    The parties have jointly requested a continuance of the hearing set for May 31, 2006, to

17  allow time for both parties to conduct investigation related to a new development that may have

18  an impact on Mr. Medland's case.

19    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

20  presently set for May 31, 2006, be continued to June 28, 2006, at 9:00 a.m.

21    Pursuant to the parties' stipulation, and because time is needed by both parties for

22  effective preparation, IT IS FURTHER ORDERED that the period of time from May 31, 2006, to

23  June 28, 2006, shall be excluded from the period of time within which trial must commence

24  under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

25  Dated:     5/31/06

26  _____
JEREMY FOGEL
United States District Judge

ORDER CONTINUING HEARING
No. CR 05-0529 JF                                3