**E-filed 6/28/06**

BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MEDLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0529 JF |
| ) Plaintiff, ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME;** |
| v. ) | **[PROPOSED] ORDER** |
| MITCHELL MEDLAND, ) | |
| ) Defendant. ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, June 28, 2006, be continued to Wednesday, July 26, 2006, at 9:00 a.m.

    The parties have jointly requested a continuance of the hearing to allow time for defense investigation, including conducting witness interviews resolving issues related to a possible plea agreement in this case.  The parties agree that time should be excluded under the Speedy Trial Act because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 6/27/06  
                                                   /s/_____  
                                       LARA S. VINNARD  
                                       Assistant Federal Public Defender

Dated: 6/27/06  
                                                 /s/_____  
                                       SUSAN KNIGHT  
                                       Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0529 JF |
| Plaintiff, | ) ) | **[PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME** |
| v. | ) ) | |
| MITCHELL MEDLAND, | ) ) | |
| Defendant. | ) ) | |

The parties have jointly requested a continuance of the hearing set for June 28, 2006, to allow time for completion of defense investigation with respect to issues underlying a possible plea agreement.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for June 28, 2006, be continued to July 26, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from June 28, 2006, to July 26, 2006, to shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:  6/28/06

_____
JEREMY FOGEL
United States District Judge

ORDER CONTINUING HEARING
No. CR 05-0529 JF                     2