**E-filed 9/13/06**

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MEDLAND

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR 05-00529 JF / HRL |
| ) | |
| Plaintiff,       ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING AND EXCLUDE TIME;** |
| v.       ) | **[PROPOSED] ORDER** |
| ) | |
| MITCHELL MEDLAND,       ) | |
| ) | |
| Defendant.       ) | |
| _____) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, September 13, 2006, be continued to Wednesday, October 4, 2006, at 9:00 a.m.

The continuance is requested to allow time for further defense investigation and for settlement negotiations.  The parties agree that a continuance is appropriate to allow completion of this process.

The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 09/11/2006 _____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: _____
SUSAN KNIGHT
Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for September 13, 2006, to allow time for further defense investigation and settlement negotiations.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for September 13, 2006, be continued to October 4, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from September 13, 2006, to October 4, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 9/13/06 _____
JEREMY FOGEL
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-00529 JF            2