\*\*E-filed 11/20/06\*\*

BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MEDLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00529 JF / HRL |
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE SENTENCING HEARING;** |
| v. | ) ) | **[~~PROPOSED~~] ORDER** |
| MITCHELL MEDLAND, | ) ) | |
| Defendant. | ) ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Wednesday, December 20, 2006, be continued to Wednesday, January 10, 2007, at 9:00 a.m.  U.S. Probation Officer Joshua Sparks has been contacted and has no objection.

The status of the case is as follows: the defendant has entered a guilty plea pursuant to a plea agreement and has been interviewed by the Probation Office.  Additionally, a draft PSR has been prepared and provided to counsel.

The defense requests that the sentencing date be continued for two reasons.  First, defense counsel will be out of town for approximately one week in late November, and would like additional time to meet with Mr. Medland and conduct further investigation before responding to

1  the draft PSR.  Second, Mr. Medland would like to postpone his sentencing hearing by three
2  weeks so that he will remain in the local jail for family visits over the winter holidays.
3      The government has no objection to the request.

4  Dated: 11/15/06

          /s/
    LARA S. VINNARD
5      Assistant Federal Public Defender

6  Dated: 11/15/06

          /s/
    SUSAN KNIGHT
7      Assistant United States Attorney

## ORDER

    The parties have jointly requested a continuance of the sentencing hearing set for December 20, 2006, to allow time for further defense preparation and investigation before the defense responds to the draft PSR, and so that the defendant can remain in the local jail during the winter holidays.

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing presently set for December 20, 2006, be continued to January 10, 2007, at 9:00 a.m.

Dated: 11/20/06

    JEREMY FOGEL
    United States District Judge